## (October 7, 1969)

■ In the Matter of ANTHONY P. LAURO et al., Appellants, v. ALBERT A. WALSH, as Commissioner of the New York City Housing Authority, et al., Respondents.— Judgment unanimously affirmed on the opinion of Special Term, with $50 costs and disbursements to respondents-respondents. No opinion. Concur — Stevens, P. J., Tilzer, Markewich, Nunez and McNally, JJ. [60 Misc 2d 1059.]

■ BANDBOX SPORTSWEAR, INC., Appellant, v. FASHION WEAR REALTY Co. INC., Respondent.— Order, entered January 6, 1969, unanimously reversed, on the law, with $50 costs and disbursements to the appellant, and plaintiff's motion to dismiss defense granted, with costs. In this action by a tenant against a landlord to recover damages sustained by the plaintiff as a result of an explosion and fire in the central heating system in the building, section 5–321 of the General Obligations Law precludes a defense based on the pleaded covenant in the lease insofar as such covenant purports to exempt the landlord from liability for its negligence. The defense may not be sustained on the theory that it is merely a "mutual covenant of waiver" of the rights of the parties against each other to the extent that the damages were covered by insurance agreed to be procured by the parties to cover their respective damages caused by an accident. In this connection, it may be noted that the defense, as alleged, does not contain a statement that the tenant's damages were covered in whole or in part by insurance issued to it or that the tenant had received insurance proceeds in satisfaction in whole or in part of its damages. Concur — Eager, J. P., Capozzoli, Tilzer, McGivern and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH OTTLEY, Appellant. Appeal from order entered on May 14, 1969, dismissed. The order denying resentence is not appealable. (See *People* v. *Wilson,* 18 A D 2d 424; Code Crim. Pro., § 517.) Concur — Stevens, P. J., Tilzer, McGivern, McNally and Macken, JJ.

■ MARLBORO PRODUCTS CORP., Appellant, v. DAYTON SMITHTOWN CORP. et al., Defendants, and CITY OF NEW YORK, Respondent.— Order entered February 4, 1969, unanimously reversed, on the law, with $50 costs and disbursements to appellant, and motion for leave to file an amended claim against defendant city granted. This determination of the appeal on the merits is in conformity with the decision of this court in *Sanchez* v. *City of New York* (25 A D 2d 731) and the Corporation Counsel so concedes. Concur — Eager, J. P., Capozzoli, Tilzer, Nunez and McNally, JJ.